# **EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re<br><br>Raviv Wolfe,<br><br>      Debtor. | Case No. 10-33168<br><br>Chapter 7<br><br>Honorable Judge Black |
| Central Valley Ranch, LLC, a California limited liability company; Gordon W. Shaw Properties, Inc., a California corporation and William Barkett<br><br>      Plaintiffs,<br><br>   v.<br><br>Raviv Wolfe,<br><br>      Defendant. | Adv No. 10-02216 |

## ORDER OF VOLUNTARY DISMISSAL

This cause coming to be heard for hearing on Plaintiffs' motion for voluntary dismissal, Plaintiffs' counsel having advised the court that Plaintiffs wish to voluntarily dismiss this case without prejudice, due notice having been given and the Court being fully advised of the premises;

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

ENTERED:

Amy M. Rapoport
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash, Suite 1700
Chicago, Illinois 60611                   JUDGE
312-828-9600
1132438.01